Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIJORA, INC., doing business as Akira, an Illinois corporation; FASHION LEADER CORP., a California corporation,<br><br>Defendants. | Case No.: 2:22-cv-02824-JFW-PVCx<br>*Hon. John F. Walter Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

STIPULATION TO DISMISS ACTION

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO ORDERED.</u>

Dated: <u>December 1</u>, 2022        By: _____
                                                        HON. JOHN F. WALTER
                                                        UNITED STATES DISTRICT JUDGE